UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAURBEK GUKETLOV, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>HOMEKEY MORTGAGE, LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C09-1265JLR<br><br>ORDER ON MOTION TO DISMISS |

This matter comes before the court on Defendant WMC Mortgage, LLC's ("WMC") second motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. # 18). Having considered the submissions of the parties, the court GRANTS WMC's motion to dismiss (Dkt. # 18).

In its order dated November 9, 2009, the court granted WMC's first motion to dismiss, but gave Plaintiffs Zaurbek Guketlov and Svetlana Guketlova leave to amend their Washington Consumer Protection Act and common-law fraud claims. (Dkt. # 16.)

Shortly after the Guketlovs filed their amended complaint (Dkt. #17), WMC filed the instant motion to dismiss (Dkt. # 18). On January 11, 2010, the Guketlovs filed a notice of non-opposition to WMC's motion to dismiss. (Dkt. # 22.) The Guketlovs state that they "agree WMC's Motion to Dismiss should be granted with prejudice." (*Id.* at 2.)

In light of the Guketlovs' notice of non-opposition, the court GRANTS WMC's motion to dismiss (Dkt. # 18). The court DISMISSES the Guketlovs' claims against WMC with prejudice, and DISMISSES WMC from this lawsuit.

Dated this 12th day of January, 2010.

JAMES L. ROBART
United States District Judge